THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jeffrey Ray
 Oliver, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No.  2010-UP-432  
 Submitted October 1, 2010  Filed October
11, 2010

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for
 Appellant.
 J. Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM: Jeffrey Ray Oliver appeals the revocation of his
 probation, arguing the circuit court erred in revoking his probation instead of
 continuing probation in order to avoid the interruption of his gainful
 employment.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] the appeal and grant counsel's petition
 to be relieved.
APPEAL DISMISSED.
SHORT,
 THOMAS, and LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.